*Paul L. Ross* for appellant.

*Charles H. Griffiths* and *William Allan Donovan* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of RICHARD L. SCHROEDER et al., Respondents, against THOMAS D. KREUTER et al., as Members of the Board of Appeals of the City of New Rochelle, Appellants, and LEONARD MARKEL et al., Intervenors-Appellants.

Argued April 15, 1955; decided June 2, 1955.

*Murray C. Fuerst, Corporation Counsel* (*John A. Bodmer* of counsel), for appellants.

*Frank H. Connelly* for intervenors-appellants.

*Harold M. Miller* and *Benjamin Burstein* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FROESSEL, VAN VOORHIS and BURKE, JJ. FULD, J., dissents and votes to reverse.